**Order entered March 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00596-CR
No. 05-14-00597-CR

**MICKEY ODELL GERALD II, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F07-72503-V, F07-72502-V**

## ORDER

We note that these cases involve appellant's conviction for sexual assault of a child and deferred adjudication community supervision for aggravated sexual assault of a child. Appellant's briefs identify the child by her full name. Accordingly, we **STRIKE** appellant's briefs and order them redrawn to use only the child's initials. We **ORDER** appellant to file his amended briefs within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Allan Fishburn and to the Dallas County District Attorney's Office.

/s/    ADA BROWN
       JUSTICE